1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  PING WANG,                           )
                                         )  No. C 06-6028 JF
13                 Plaintiff,            )
                                         )
14          v.                           )
                                         )  **STIPULATION TO DISMISS; AND**
15  ALBERTO GONZALES, Attorney General   )  **[PROPOSED] ORDER**
    of the United States; MICHAEL CHERTOFF, )
16  Secretary of the Department of Homeland )
    Security; EMILIO GONZALEZ, Director  )
17  of United States Citizenship and Immigration )
    Services; ROBERT MUELLER, Director of )
18  Federal Bureau of Investigation; CHRISTINA )
    POULOS, Acting Director of the California )
19  Service Center,                      )
                                         )
20                 Defendants.            )
                                         )
21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24  the adjudication of Plaintiff's adjustment of status application (Form I-485).

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 19, 2006

/s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/21/06

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-6028 JF                              2